**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, in the City of New York, on the 26th day of August, two thousand and fourteen,

_____

Youngman

         v.

Robert Bosch LLC

_____

**ORDER**
Docket Number: 14-2680

This Court's Civil Appeal Management Program ("CAMP") has scheduled a pre-argument conference in the above-referenced appeal for <u>Friday, October 10 2014 at 10:30am (EST)</u>, with Lisa Greenberg, Circuit Mediator. The conference will be held **IN-PERSON**, at the **THURGOOD MARSHALL U.S. COURTHOUSE, 40 FOLEY SQUARE, NEW YORK, NY 10007, 6th FLOOR, ROOM 622.** You should use the elevators by the Pearl Street entrance.

**<u>Counsel, all parties, and representatives of any person or entity directly affected financially by the outcome of the litigation, including insurance representatives, must attend and participate in the conference</u>**. Counsel are directed to be fully prepared to discuss the legal merit of each issue on review before this court and narrow, eliminate, or clarify issues on appeal where appropriate.

Personal electronic devices may be used in the mediation conference only as authorized by this Court's Standing Order, *In the Matter of Electronic Devices and General Purpose Computing Devices* (see attached). If you intend to bring an electronic device, please bring **both** orders with you.

Please confirm your availability with your adversary and this office upon receipt of this order. You must allot between two to three hours for this meeting. An email should be sent to camp_support@ca2.uscourts.gov (or call (212) 857-8760) to note your participation, pose any questions, or request modification to the order.

        For The Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court



# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## STANDING ORDER

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of May, two thousand thirteen.

---------------------------------X
In the Matter of
Electronic Devices and General
Purpose Computing Devices
---------------------------------X

DENNIS JACOBS, Chief Judge:

1. Except as permitted by this order, only court personnel may bring a personal electronic device--such as a cell phone, smart phone, tablet, or laptop--into the Thurgood Marshall Courthouse.

2. Subject to security screening, an attorney or party attending a Civil Appeals Management Program ("CAMP") mediation conference may bring a personal electronic device into the courthouse. But use of the personal electronic device is limited to the mediation conference, and no photography or recording is permitted. At the conclusion of the mediation conference, the attorney or party must either exit the courthouse or check the personal electronic device with court security.

3. An attorney or party who wishes to bring a personal electronic device to a mediation conference must present court security with a hard copy of the CAMP-issued conference notice.

4. The court may impose sanctions for violations of this order, including fines and forfeiture of privileges granted herein.

_____
Dennis Jacobs, Chief Judge

Date: May 30, 2013
New York, New York

**A TRUE COPY**
Catherine O'Hagan Wolfe, Clerk

by _____
DEPUTY CLERK

CERTIFIED: 6/6/13