UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the day of            , two thousand and fourteen.

_____X

CATHERINE E. YOUNGMAN, Chapter 7
Trustee Of The Estate Of DOMINIK CHARKIEWICZ,

                Plaintiff-Appellant,     **STIPULATION**
                                                                                 Docket No: 14-2680

- against -
                                                                                                   Eastern District #
                                                                                                   11 CIV. 2521

ROBERT BOSCH TOOL CORPORATION,

                Defendant-Appellee, and

ROBERT BOSCH LLC, LOWE'S HOME
CENTERS, INC. and LOWE'S COMPANIES,
INC.,

                Defendants.
_____X

    It appears that the above-captioned appeal is premature in that some claims remain pending in district court and no Fed. R. Civ. P. 54(b) certification has issued.

    The undersigned counsel for the parties stipulate that the above-captioned appeal is withdrawn with prejudice without costs or fees pursuant to FRAP 42(b). This stipulation shall not preclude an appeal from a final judgment or an otherwise appealable order.

Date: September 29, 2014

                                                    ROBERT J. EPSTEIN, ESQ.

                                                    ROBERT J. EPSTEIN, ESQ.
                                                    Attorney for Appellant
                                                    207 East 94th Street, Suite 303
                                                    New York, New York 10128
                                                    (212) 240-9470

Date: September 29, 2014

_____
RICHARD BAKALOR, ESQ.

QUIRK & BAKALOR
Attorneys for Appellee
845 Third Avenue, 15th Floor
New York, NY 10022
(212) 319-1000